DIANE J. HUMETEWA
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
wallace.kleindienst@usdoj.gov
Attorneys for Plaintiff



FILED___LODGED
___RECEIVED___COPY

2009 APR 29 P 9:04

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>ERIC D. BATAIN;<br>DARRON L. WILLIS;<br>NATHANIEL GATLIN;<br>MICHAEL JOSHLIN;<br>ANDRE C. WATKINS;<br>CAROLYN M. RUSSELL;<br>Defendants. | CR.NO. 08-1050-JMR (BPV)<br><br>**S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>Violations:<br>18 U.S.C. § 924(c)(1)(A)(i)<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(vii)<br><br>(Possession of a Firearm During and In Relation To A Drug Trafficking Crime; Conspiracy to Possess With Intent to Distribute Marijuana; Possession With Intent to Distribute ) |

**THE GRAND JURY CHARGES:**

## COUNT ONE

From a time unknown, to on or about July 22, 2008, at or near Tucson, in the District of Arizona, ERIC D. BATAIN, DARRON L. WILLIS, NATHANIEL GATLIN, MICHAEL JOSHLIN, ANDRE C. WATKINS, and CAROLYN M. RUSSELL, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute 100 kilograms or more, but less than 1,0000 kilograms of marijuana, that is, approximately 333 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United states Code, sections 846.

## COUNT TWO

On or about July 22, 2008, at or near Tucson, in the District of Arizona, the defendants, ERIC D. BATAIN, DARRON L. WILLIS, NATHANIEL GATLIN, MICHAEL JOSHLIN, ANDRE C. WATKINS, and CAROLYN M. RUSSELL, did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 333 kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

## COUNT THREE

On or about July 22, 2008, at or near Tucson, in the District of Arizona, the defendant, ANDRE C. WATKINS, did knowingly and intentionally use and carry a firearm, to-wit: a Kimber Eclipse .45 Caliber pistol, bearing serial number KU33622, and loaded with twenty-six (26) rounds of .45 caliber ammunition, during and in relation to drug trafficking crimes prosecutable in a Court of the United States, which are set forth in Counts One and Two of this Indictment, and did possess the said firearm in futherance of those drug trafficking crimes.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

Presiding Juror

APR 2 9 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

2