**JEFFREY D. BARTOLINO**
**LAW OFFICES OF JEFFREY D. BARTOLINO**
**1800 Bank of America Building**
**33 North Stone Avenue, Suite 1800**
**Tucson, Arizona 85701**
**(520) 884-8877**
**State Bar No: 003532**
**PCC3072**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No: 08-1050-JMR (BPV) |
| vs. ) | AMENDED NOTICE OF CHANGE OF PLEA |
| ANDRE WATKINS ) | |
| Defendant ) | |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1)(F), will occur as a result of these motions or from an order based thereon.

Notice is given that a change of plea has been scheduled for Monday, December 23, 2009 at 11:30 a.m. in front of the honorable Bernardo Velasco.

Dated this 18th day of December, 2009

/s/ Jeffrey D. Bartolino

A copy of the foregoing
Electronically filed this 18th
Day of December, 2009 to:

United States Attorney's Office
405 W. Congress, Ste. 4800
Tucson, Arizona 85701

-1-